WILLIAM C. HOAG, Respondent, *v.* MARY KEHOE, Appellant.

(Submitted October 19, 1886 ; decided November 23, 1886.)

*Ellsworth & Potter* for appellant.

*Edward C. Hart* for respondent.

• Agree to affirm on opinion below.
All concur.
Order affirmed.

---

In the Matter of the Settlement of the Accounts of DOROTHY A. HUNTINGTON, Executrix, etc.

(Argued October 21, 1886 ; decided November 23, 1886.)

*William H. Smith* for appellant.

*George T. Parker* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.